UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
~~Fort Myers~~ Division



FILED
APR 4 2023
Clerk, US District Court
Middle District of Florida
Fort Myers, Florida

CIVIL RIGHTS COMPLAINT FORM

John Edward Pickett

CASE NUMBER: 2:23-CV-00232-JLB-NPM
(To be supplied by Clerk's Office)

_____

(Enter full name of each Plaintiff and prison number, if applicable)

v.

Kevin Rambosk "Shiriff"

Director K. Bouza /

L. Lopez / K. Harman

D. Lavosso / D. Canody

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).
Sergeant Baisley
Smiros / Korik

ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. PLACE OF PRESENT CONFINEMENT: Naples Collier County Fla
(Indicate the name and location)

_____

II. DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS? Yes ( ) No (✓)

[If your answer is YES, after reviewing the exhaustion requirements, answer the following questions]

EXHAUSTION OF ADMINISTRATIVE REMEDIES: Pursuant to the Prison Litigation Reform Act or 1995, Title VIII, Section 803 Amendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies is required in any action brought with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility. Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion. (If your Complaint concerns conditions at state prison facilities, you must answer the following questions in Section II of this form. If the Complaint concerns conditions at a county jail or local correctional facility, you must complete Section III of this form.)

EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES:

General Grievance

    1. Informal Grievance (Form DC3-005)
    2. Formal Grievance (Form DC1-303)
    3. Appeal to the Office of Secretary (Form DC1-303)

Other Grievance

Inmates are not required to utilize the informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0065 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22. The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

Questions:

A.   Emergency Grievance, Grievance of Reprisal, or Grievance of a Sensitive Nature, Grievance Alleging Violation of the American with Disabilities Act, Medical Grievance, Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0065 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22 (Request for Administrative Remedy or Appeal, bypassing the informal grievance step).

    1. Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)? Yes (✓) No ( )

    2. If so, you must attach a copy of the grievance and response to this Complaint form. *they refuse to give me the info of copies off the kiosk*

    3. Were you denied emergency status? Yes ( ) No (✓)

        a. If so, did you go through the informal grievance, formal grievance and appeal process? Yes ( ) No (✓)

        b. If so, you must attach copies of the grievance/appeals and responses to this Complaint form.

B.   Informal Grievance (Request for Interview)

1. Did you submit an informal grievance (Form DC3-005)? Yes ( ) No (✓)

2. If so, you must attach a copy of the grievance and response to this Complaint form.

C. <u>Formal Grievance</u> (Request for Administrative Remedy or Appeal)

   1. Did you have a disciplinary hearing concerning this matter? Yes ( ) No (✓)

   2. If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this Complaint form.

   3. Did you submit a formal grievance (Form DC1-303)? Yes ( ) No (✓)

   4. If so, you must attach a copy of the grievance and response to this Complaint form.

D. <u>Appeal to the Office of the Secretary</u> (Request for Administrative Remedy or Appeal)

   1. Did you submit an appeal to the Office of the Secretary (Form DC1-303)? Yes ( ) No (✓)

   2. If so, you must attach a copy of the appeal and response to this Complaint form.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this __24__ day of __March__, 2 _023_.

DEVIN LARUSSO
MY COMMISSION # HH 359200
EXPIRES: February 7, 2027

_John Puckett_
Signature of Plaintiff

III. DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY? Yes (✓) No ( )

If your answer is YES, answer the following questions.

A. Is there a grievance procedure at your institution or jail? Yes (✓) No ( )

B. Did you present the facts relating to your Complaint in the grievance procedure? Yes (✓) No ( )

C. If your answer is YES:

   1. What steps did you take? Request and grievances procedure

   2. What were the results? they refuse me my procedure

   3. To demonstrate exhaustion, you must submit copies of all relevant grievances/appeals and responses.

D. If your answer is NO, explain why not: N/A

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this ___ day of March, 2023.

DEVIN LARUSSO
MY COMMISSION # HH 359200
EXPIRES: February 7, 2027

John Pickett
Signature of Plaintiff

IV. PREVIOUS LAWSUITS:

   A. Have you initiated other lawsuits in <u>state</u> <u>court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (✓)

   B. Have you initiated other lawsuits in <u>federal</u> <u>court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (✓)

   C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

      1. Parties to previous lawsuit:

         Plaintiff(s): N/A

         Defendant(s): N/A

      2. Court (if federal court, name the district; if state court, name the county): N/A

      3. Docket Number: N/A

      4. Name of judge: N/A

      5. Briefly describe the facts and basis of the lawsuit: N/A

      6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): N/A

      7. Approximate filing date: N/A

      8. Approximate disposition date: N/A

   D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify theses suits below by providing the case number, the style, and the disposition of each case:

DC 225 (Rev. 9/03)

5

Yes: Don hunter the 2nd the Judge made the decions in my favor. Cealery Cord

V. PARTIES: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: N/A

Mailing address: N/A

B. Additional Plaintiffs: N/A

In part C of this section, indicate the full name of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: Lopez, Kharman

Mailing Address: Naples Collier County FLA

Position: LT

Employed at: Naples County Jail

D. Defendant: D. Canady

Mailing Address: Naples Collier County FLA

Position: CPL

Employed at: Naples Collier Count Jail

DC 225 (Rev 9/03)                     6

E. Defendant: K. Harman
   Mailing Address: Naples Collier County FL

   Position: CO Director
   Employed at: Naples County Jail

F. Defendant: Director K. Bouze
   Mailing Address: Naples Collier County FL

   Position: CO Director
   Employed at: Naples Collier

G. Defendant: Kevin Rambosk "Sheriff"
   Mailing Address: Naples Collier County FL

   Position: Sheriff
   Employed at: Naples County Jail

Defendant: S. Baisley
mailing address
Naples Fl

Position: Sgt

emasyed at: Collier County

Defendent: Miros &
mailing address
Naples Fl

Position: CO

emagyed at: Collier County
              Shirff's officer

Defendant: M & Sik
mailing address Naples Fl

Position: CO Shirff's officer

VI. **STATEMENT OF CLAIM**: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

Kevin J. Rambosk lets his officers make up rules that have not been established by the jail, which violate my constitution which are under the United States constitution law
- Violation of care custody and control and my well being
- Harrassing and targeting and abusing Authority.

VII. **STATEMENT OF FACTS**: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant(s)).

Smiros correction officers 12/6/2022 + 12/11/22 location of incident 7B - Negleginee, the officer Smiros came and removed my matt not asking why or even concerned about my health. My physical health is bad, I need surgery and I need to care for myself. I haven't been able to sleep a full night with all the pain that I'm having. My condition is getting worse. Ever since they removed my matt

DC 225 (Rev. 9/03)                8

Statement of Facts, continued:

After my removal of my mat, I've tried every possible way to communicate with sergent J Beisley and captain K Harman but they keep denying help. Officer Smiros started harassing me after the situation with the mat, He keeps trying to take things from me that I know I'm allowed to have. No one wants to help me, they make it seem that I'm wrong and they are right. I have a Pass to a double mat and pillow and even with that they come take it as if I've submitted a request stating an issue and requesting to speak to an officer in person and the response I get is "There doing their job!" in this case it was a response from CPT P. Feria on 11/22/22 @ 11:Am. I've also requested misconduct forms and I'm being redirected to submit a grievance which I've done and I still haven't been able to submit a misconduct form, in their response its said that it's being addressed but yet I don't see nothing being done, I haven't been able to speak to no one yet about

DC 225 (Rev. 9/03)                                9

this matter in some instances the responder response is very unprofessional answers are short and aggressive. I've also submitted requests to speak to someone about certain officer and all i get is a small answer, either from a director which in this case would be Director K Souza which is not helpful and unprofessional. Also officers here seem to make their own rules and bullys if officers are not being held accountable for their actions then what good are the higer up for? I'm dealing with harrasment abuse of authority, I've submitted a greance on this topic and their answer is that an officer is subject to search a cell and bunk at any time which I totally understand but thats where the "abuse of authority" comes in. They use that policy to take advantage and harras me in this case officer Smikos is one who is doing such action. He takes advantage of the days he is here working to harras me by searching my cell, bunk everytime he can. where their are many more cells but it seems that my cell is the only one he sees. Every other officer do roadms with all cells why cant he do that?

NEXT ▶

I've submitted a grievance but no help, Captain K. Harman Director K Bouza havent done anything either bout the situation I've requested forms, help, and yet nothing has been done. From officers to the captain, they have just been avoiding to helping me. No help from Sergent S Baisley or any of the officers I've spoken to through the kiosk grievances are not working and nothing is getting done and in certain occasions I get smart remarks by certain officers such as P Feria. I'm not allowed to have it officer has stated that it a rule but it's not in the hand book.

VIII. <u>RELIEF REQUESTED</u>: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

I REQUEST $50,000 million each person that i want to be compencated for their misconduct violation of my health rights harrasment, Abuse of authcrity. Im also requting to who it corn to grant this

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Signed this __24__ day of __March__, 20_23_.

DEVIN LARUSSO
MY COMMISSION # HH 359200
EXPIRES: February 7, 2027

John E Pickett
639140
Naples Jail Center
John Pickett

(Signatures of all Plaintiffs)

DC 225 (Rev 9/03)                    10